

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00217-CV

## IN THE INTEREST OF E.J.G., Z.M.E.G., AND M.B.G., CHILDREN

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. D18-27516-CV**

## ORDER

This is an appeal of an order that terminated J.G.'s parental rights. J.G. filed a *pro se* notice of appeal seeking to challenge the trial court's judgment. The order of termination expressly continued the representation of J.G.'s trial counsel until further order of the trial court. By his amended notice of appeal, filed on August 31, 2021, J.G. alleges he is presumed indigent, has been found to be indigent, and may proceed without advance payment of costs. J.G. has filed all documents in this appeal *pro se*.

J.G. has also presented a motion for filing, in both this Court and the trial court, requesting the appointment of counsel on appeal. In this motion, J.G. has asserted that his appointed attorney has expressed a desire to withdraw from representing J.G. and that the attorney has been ineffective in his representation of J.G.

We requested a response to J.G.'s motion, and J.G., his trial counsel, and the attorneys for the intervenors have responded. J.G.'s trial counsel has indicated in his response that he does not wish to represent J.G. on appeal of this proceeding. Therefore, we abate this proceeding to the trial court for the appointment of counsel to represent J.G. in this appeal.

The trial court is ordered to appoint counsel to represent J.G. on appeal within fourteen days of the date of this order. A supplemental clerk's record shall be filed with this Court with the name and contact information of J.G.'s appointed counsel within seven days after the trial court's appointment of counsel.

J.G.'s appellate counsel shall request that the court reporter prepare the transcript as necessary to proceed with the appeal within seven days of appointment. The stay previously entered regarding the reporter's record is hereby lifted.

PER CURIAM

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Abatement ordered
Order issued and filed October 12, 2021
[RWR]

